# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154108(90)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SHAROC RICHARDSON,
        Defendant-Appellant.

SC: 154108
COA: 322195
Wayne CC: 13-009830-FC

_____/

    On order of the Court, the motion for reconsideration of this Court's May 2, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



a0906

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk